IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIC WILLIAMS                                                                    PLAINTIFF

v.                               Case No. 3:11-CV-03001

JUDITH BEARDEN, County of Marion
District Court Judge; KENFORD CARTER,
County of Marion Deputy Prosecutor; and
COUNTY OF MARION                                                              DEFENDANTS

## J U D G M E N T

Currently before the Court is the Report and Recommendations (Doc. 58) filed in this case on January 31, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas.  Also before the Court are Plaintiff's Objections (Docs. 62-64).

The Court has reviewed this case *de novo*, and being well and sufficiently advised, finds as follows:  Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation.  Plaintiff's voluminous submissions contain, for the most part, only gratuitous personal attacks against the Magistrate and his staff.  Once those are eliminated from consideration, Plaintiff's objections to the Magistrate's findings appear to be: (1) that Defendant, Judge Judith Bearden, should not be subject to judicial immunity; (2) that Defendant, Prosecutor Kenford Carter, should not be subject to prosecutorial immunity; and (3) that Defendant, Marion County, should not be subject to the immunity ordinarily conferred on a local governmental body.  Plaintiff fails to present any relevant issues of fact of law to support his objections; therefore, the Report and Recommendation is found to be proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.

-1-

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendant Judith Bearden's Motion to Dismiss (Doc. 54) is GRANTED; Defendant's Kenford Carter and the County of Marion's Motion to Dismiss (Doc. 37) is GRANTED; and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Further, Plaintiff's request for injunctive relief against the state of Arkansas is DENIED.

IT IS SO ORDERED this 5th day of March, 2012.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE